**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| IRA JEROME ROSS (DOC #498729) | CIVIL ACTION NO.17-0056-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SANDY MCCAIN, ET AL. | MAG. JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 8), noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the § 2254 petition (Record Document 1) is **DENIED** and **DISMISSED** with prejudice as time-barred under 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 26th day of June, 2017.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE